# EXHIBIT B

US00D858870S

(12) **United States Design Patent** (10) Patent No.: **US D858,870 S**
Bowen et al. (45) Date of Patent: ** **Sep. 3, 2019**

(54) **VAPORIZER CARTRIDGE**

(71) Applicant: **JUUL Labs, Inc.**, San Francisco, CA (US)

(72) Inventors: **Adam Bowen**, San Francisco, CA (US); **Steven Christensen**, San Francisco, CA (US); **Christopher Nicholas HibmaCronan**, Oakland, CA (US); **James Monsees**, San Francisco, CA (US); **Joshua Morenstein**, San Francisco, CA (US)

(73) Assignee: **JUUL Labs, Inc.**, San Francisco, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/662,037**

(22) Filed: **Aug. 31, 2018**

**Related U.S. Application Data**

(63) Continuation of application No. 35/001,170, filed on Jul. 28, 2016 (U.S. filing date under 35 U.S.C. 384), and having an international filing date of Mar. 11, 2016, now Pat. No. Des. 842,536.

(30) **Foreign Application Priority Data**

Feb. 8, 2016 (CN) .......................... 2016 3 0043696

(51) **LOC (12) Cl.** ............................................... **27-02**
(52) **U.S. Cl.**
USPC ...................................................... **D27/162**
(58) **Field of Classification Search**
USPC ....... D24/110; D27/100–102, 163, 165–167, D27/193–194
CPC ...... A24F 1/26; A24F 1/30; A24F 3/00; A24F 7/00; A24F 15/00; A24F 23/00; A24F 23/02; A24F 47/00; A24F 47/002; A24F 47/008
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 595,070 A | 12/1897 | Oldenbusch | |
| 2,897,958 A | 8/1959 | Tarleton et al. | |
| 2,956,569 A | 10/1960 | Adams | |
| 3,723,048 A | 3/1973 | Russell | |
| 3,918,451 A | 11/1975 | Steil | |
| D299,066 S * | 12/1988 | Newell ...................... | D24/110 |
| 5,479,948 A | 1/1996 | Counts et al. | |
| D379,810 S | 6/1997 | Giordano, Jr. et al. | |
| 5,746,587 A | 5/1998 | Racine et al. | |
| D405,007 S | 2/1999 | Naas, Sr. | |
| D422,884 S | 4/2000 | Lafond | |
| 6,743,030 B2 | 6/2004 | Lin et al. | |
| D514,741 S | 2/2006 | Cohen Harel | |
| 7,000,775 B2 | 2/2006 | Gelardi et al. | |
| D532,927 S | 11/2006 | Sann | |
| 7,214,075 B2 | 5/2007 | He et al. | |
| D558,060 S | 12/2007 | Sir | |
| 7,318,435 B2 | 1/2008 | Pentafragas | |
| D566,709 S | 4/2008 | Kim | |
| D571,556 S | 6/2008 | Raile | |
| D573,464 S | 7/2008 | Kogure et al. | |
| 7,644,823 B2 | 1/2010 | Gelardi et al. | |
| D616,753 S | 6/2010 | Beam et al. | |
| D645,817 S | 9/2011 | Sasada et al. | |
| D647,101 S * | 10/2011 | Huang ...................... | D14/480.7 |
| D664,636 S | 7/2012 | Robinson et al. | |
| D669,530 S * | 10/2012 | Hung ........................... | D19/166 |
| D675,777 S | 2/2013 | Wu | |
| 8,371,709 B2 | 2/2013 | Cheng | |
| D688,415 S | 8/2013 | Kim | |
| 8,522,776 B2 | 9/2013 | Wright et al. | |
| D703,679 S * | 4/2014 | Chen ...................... | D14/480.1 |
| D703,680 S * | 4/2014 | Lin ...................... | D14/480.1 |
| 8,695,794 B2 | 4/2014 | Scatterday | |
| 8,707,965 B2 | 4/2014 | Newton | |
| D707,688 S * | 6/2014 | Wu ...................... | D14/480.1 |
| D711,389 S * | 8/2014 | Sun ...................... | D14/480.5 |
| D711,891 S * | 8/2014 | Emami ...................... | D14/480.5 |
| 8,794,231 B2 | 8/2014 | Thorens et al. | |
| D718,492 S | 11/2014 | Albanese | |
| 8,955,522 B1 | 2/2015 | Bowen et al. | |
| D724,782 S | 3/2015 | Wu | |
| D729,441 S | 5/2015 | Hua | |
| D738,038 S | 9/2015 | Smith | |
| D739,973 S | 9/2015 | Chao | |
| 9,167,849 B2 | 10/2015 | Adamic | |
| D745,388 S | 12/2015 | Taylor | |
| D749,261 S | 2/2016 | Chen | |
| D750,320 S | 2/2016 | Verleur et al. | |




**US D858,870 S**

Page 2

| | | | | |
|---|---|---|---|---|
| D752,278 | S | 3/2016 | Verleur et al. | |
| D752,280 | S | 3/2016 | Verleur et al. | |
| D752,282 | S | 3/2016 | Doster | |
| D752,284 | S | 3/2016 | Doster | |
| D756,032 | S | 5/2016 | Chen | |
| D758,650 | S | 6/2016 | Wu | |
| D762,001 | S | 7/2016 | Liu | |
| D764,703 | S | 8/2016 | Liu | |
| D772,478 | S | 11/2016 | Liu | |
| D773,114 | S | 11/2016 | Leidel et al. | |
| D773,727 | S | 12/2016 | Eksouzian | |
| D774,247 | S | 12/2016 | Chen | |
| D774,693 | S | 12/2016 | Liu | |
| D775,413 | S | 12/2016 | Liu | |
| D776,338 | S | 1/2017 | Lomeli | |
| 9,549,573 | B2 | 1/2017 | Monsees et al. | |
| D778,492 | S | 2/2017 | Liu | |
| 9,596,887 | B2 | 3/2017 | Newton | |
| 9,603,390 | B2 | 3/2017 | Li et al. | |
| D784,609 | S | 4/2017 | Liu | |
| D793,620 | S | 8/2017 | Bennett et al. | |
| 9,723,877 | B2 | 8/2017 | Wong et al. | |
| D799,746 | S | 10/2017 | Leidel et al. | |
| D802,206 | S | 11/2017 | Huang et al. | |
| D806,311 | S | 12/2017 | Smith | |
| D811,003 | S | * | 2/2018 | Folyan .................... D27/101 |
| 9,956,357 | B2 | 5/2018 | Chen | |
| D819,881 | S | * | 6/2018 | Qiu ........................ D27/101 |
| D822,896 | S | * | 7/2018 | Durand ................... D27/101 |
| 10,045,568 | B2 | 8/2018 | Monsees et al. | |
| 10,058,124 | B2 | 8/2018 | Monsees et al. | |
| 10,058,129 | B2 | 8/2018 | Monsees et al. | |
| D829,371 | S | * | 9/2018 | Durand ................... D27/101 |
| D834,702 | S | * | 11/2018 | Evans ..................... D24/110 |
| D836,190 | S | * | 12/2018 | Evans ..................... D24/110 |
| D836,831 | S | * | 12/2018 | Cividi .................... D27/162 |
| D836,834 | S | * | 12/2018 | Cividi .................... D27/194 |
| D842,237 | S | * | 3/2019 | Qiu ........................ D13/103 |
| D844,235 | S | * | 3/2019 | Cividi .................... D27/167 |
| D845,964 | S | * | 4/2019 | Kim ...................... D14/480.5 |
| 2001/0032643 | A1 | 10/2001 | Hochrainer et al. | |
| 2002/0043262 | A1 | 4/2002 | Langford et al. | |
| 2005/0016533 | A1 | 1/2005 | Schuler et al. | |
| 2005/0029137 | A1 | 2/2005 | Wang | |
| 2005/0118545 | A1 | 6/2005 | Wong | |
| 2005/0252511 | A1 | 11/2005 | Pentafragas | |
| 2007/0089757 | A1 | 4/2007 | Bryman | |
| 2007/0229025 | A1 | 10/2007 | Tsai et al. | |
| 2008/0023003 | A1 | 1/2008 | Rosenthal | |
| 2009/0151717 | A1 | 6/2009 | Bowen et al. | |
| 2009/0260641 | A1 | 10/2009 | Monsees et al. | |
| 2009/0260642 | A1 | 10/2009 | Monsees et al. | |
| 2009/0272379 | A1 | 11/2009 | Thorens et al. | |
| 2010/0307116 | A1 | 12/2010 | Fisher | |
| 2011/0125146 | A1 | 5/2011 | Greeley et al. | |
| 2011/0265806 | A1 | 11/2011 | Alarcon et al. | |
| 2012/0325227 | A1 | 12/2012 | Robinson et al. | |
| 2013/0042865 | A1 | 2/2013 | Monsees et al. | |
| 2013/0220847 | A1 | 8/2013 | Fisher et al. | |
| 2013/0228191 | A1 | 9/2013 | Newton | |
| 2013/0312742 | A1 | 11/2013 | Monsees et al. | |
| 2014/0021190 | A1 | 1/2014 | Sardar | |
| 2015/0034104 | A1 | 2/2015 | Zhou | |
| 2015/0053217 | A1 | 2/2015 | Steingraber et al. | |
| 2015/0102777 | A1 | 4/2015 | Cooper | |
| 2015/0114410 | A1 | 4/2015 | Doster | |
| 2015/0122252 | A1 | 5/2015 | Frija | |
| 2015/0128967 | A1 | 5/2015 | Robinson et al. | |
| 2015/0128968 | A1 | 5/2015 | Verleur et al. | |
| 2015/0128972 | A1 | 5/2015 | Verleur et al. | |
| 2015/0128976 | A1 | 5/2015 | Verleur et al. | |
| 2015/0157056 | A1 | 6/2015 | Bowen et al. | |
| 2015/0189919 | A1 | 7/2015 | Liu | |
| 2015/0208729 | A1 | 7/2015 | Monsees et al. | |
| 2015/0245654 | A1 | 9/2015 | Memari et al. | |
| 2015/0282530 | A1 | 10/2015 | Johnson et al. | |
| 2015/0305409 | A1 | 10/2015 | Verleur et al. | |
| 2015/0313287 | A1 | 11/2015 | Verleur et al. | |
| 2015/0327596 | A1 | 11/2015 | Alarcon et al. | |
| 2015/0328415 | A1 | 11/2015 | Minskoff et al. | |
| 2015/0374039 | A1 | 12/2015 | Zhu | |
| 2016/0007654 | A1 | 1/2016 | Zhu | |
| 2016/0095355 | A1 | 4/2016 | Hearn | |
| 2016/0095356 | A1 | 4/2016 | Chan | |
| 2016/0113323 | A1 | 4/2016 | Liu | |
| 2016/0121058 | A1 | 5/2016 | Chen | |
| 2016/0134143 | A1 | 5/2016 | Liu | |
| 2016/0143358 | A1 | 5/2016 | Zhu | |
| 2016/0150824 | A1 | 6/2016 | Memari et al. | |
| 2016/0166564 | A1 | 6/2016 | Myers et al. | |
| 2016/0167846 | A1 | 6/2016 | Zahr et al. | |
| 2016/0174611 | A1 | 6/2016 | Monsees et al. | |
| 2016/0192707 | A1 | 7/2016 | Li et al. | |
| 2016/0227841 | A1 | 8/2016 | Li et al. | |
| 2016/0270446 | A1 | 9/2016 | Shenkal et al. | |
| 2016/0278436 | A1 | 9/2016 | Verleur et al. | |
| 2016/0295913 | A1 | 10/2016 | Guo et al. | |
| 2016/0324211 | A1 | 11/2016 | Yankelevich | |
| 2016/0345626 | A1 | 12/2016 | Wong et al. | |
| 2016/0353805 | A1 | 12/2016 | Hawes et al. | |
| 2016/0360789 | A1 | 12/2016 | Hawes et al. | |
| 2016/0366943 | A1 | 12/2016 | Li et al. | |
| 2016/0366947 | A1 | 12/2016 | Monsees et al. | |
| 2016/0374399 | A1 | 12/2016 | Monsees et al. | |
| 2017/0000190 | A1 | 1/2017 | Wu | |
| 2017/0013875 | A1 | 1/2017 | Schennum et al. | |
| 2017/0035115 | A1 | 2/2017 | Monsees et al. | |
| 2017/0042246 | A1 | 2/2017 | Lau et al. | |
| 2017/0049153 | A1 | 2/2017 | Guo et al. | |
| 2017/0065001 | A1 | 3/2017 | Li et al. | |
| 2017/0071256 | A1 | 3/2017 | Verleur et al. | |
| 2017/0095005 | A1 | 4/2017 | Monsees et al. | |
| 2017/0119044 | A1 | 5/2017 | Oligschlaeger et al. | |
| 2017/0119060 | A1 | 5/2017 | Li et al. | |
| 2017/0150754 | A1 | 6/2017 | Liu | |
| 2017/0181471 | A1 | 6/2017 | Phillips et al. | |
| 2017/0196264 | A1 | 7/2017 | Liu | |
| 2017/0197046 | A1 | 7/2017 | Buchberger | |
| 2017/0202265 | A1 | 7/2017 | Hawes et al. | |
| 2017/0208863 | A1 | 7/2017 | Davis et al. | |
| 2017/0231280 | A1 | 8/2017 | Anton | |
| 2017/0231281 | A1 | 8/2017 | Hatton et al. | |
| 2017/0231282 | A1 | 8/2017 | Bowen et al. | |
| 2017/0233114 | A1 | 8/2017 | Christensen et al. | |
| 2017/0259170 | A1 | 9/2017 | Bowen et al. | |
| 2017/0302324 | A1 | 10/2017 | Stanimirovic et al. | |
| 2018/0070649 | A1 | 3/2018 | Monsees et al. | |
| 2018/0103686 | A1 | 4/2018 | Monsees et al. | |
| 2018/0140005 | A1 | 5/2018 | Lin et al. | |
| 2018/0140015 | A1 | 5/2018 | Carroll et al. | |
| 2018/0177234 | A1 | 6/2018 | Lee | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 2017202891 | A1 | 5/2017 |
| CN | 1122213 | A | 5/1996 |
| CN | 101869356 | A | 10/2010 |
| CN | 301485739 | | 3/2011 |
| CN | 301753038 | | 12/2011 |
| CN | 301797114 | | 1/2012 |
| CN | 301955679 | | 6/2012 |
| CN | 202890462 | U | 4/2013 |
| CN | 103141944 | A | 6/2013 |
| CN | 302485056 | | 6/2013 |
| CN | 203087525 | U | 7/2013 |
| CN | 302859209 | | 6/2014 |
| CN | 303044212 | | 12/2014 |
| CN | 303091330 | | 1/2015 |
| CN | 303091331 | | 1/2015 |
| CN | 303103391 | | 2/2015 |
| CN | 303210086 | | 5/2015 |
| CN | 204466899 | U | 7/2015 |
| CN | 303332720 | | 8/2015 |
| CN | 104983076 | A | 10/2015 |
| CN | 303103389 | | 11/2015 |
| CN | 303457556 | | 11/2015 |
| CN | 303574274 | | 1/2016 |
| CN | 303103390 | | 2/2016 |

## US D858,870 S

Page 3

| CN | 303686002 | | 5/2016 |
| CN | 303721535 | | 6/2016 |
| CN | 205390306 | U | 7/2016 |
| EM | 002626416-002 | | 4/2015 |
| EP | 3015010 | A1 | 5/2016 |
| EP | 3031339 | A1 | 6/2016 |
| EP | 3103356 | A1 | 12/2016 |
| EP | 3111787 | A1 | 1/2017 |
| EP | 3143882 | A3 | 3/2017 |
| EP | 3158881 | A1 | 4/2017 |
| JP | D1144098 | | 6/2002 |
| KR | 30-0825216 | | 11/2015 |
| WO | WO-2013113612 | A1 | 8/2013 |
| WO | WO-2014040915 | A1 | 3/2014 |
| WO | WO-2015073564 | A1 | 5/2015 |
| WO | WO-2015157900 | A1 | 10/2015 |
| WO | WO-2015190810 | A1 | 12/2015 |
| WO | WO-2016023173 | A1 | 2/2016 |
| WO | WO-2016123779 | A1 | 8/2016 |
| WO | WO-2016127839 | A1 | 8/2016 |
| WO | WO-2016177604 | A1 | 11/2016 |
| WO | WO-2016201606 | A1 | 12/2016 |
| WO | WO-2017007252 | A1 | 1/2017 |
| WO | WO-2017093452 | A1 | 6/2017 |
| WO | WO-2017102633 | A1 | 6/2017 |
| WO | WO-2017143865 | A1 | 8/2017 |

### OTHER PUBLICATIONS

"Checking Your Browser before Accessing Www.bulkofficesupply. com." *Discount Office Supplies, Office Paper Products Legal Supplies,* www.bulkofficesupply.com/Products/Baumgartens-Single-Hole-Trap-Door-Pencil-Sharpener-with-Eraser_BAU19550.aspx, retrieved Mar. 17, 2019.
Breland, Alison, et al. "Electronic cigarettes: what are they and what do they do?." Annals of the New York Academy of Sciences 1394.1 (2017): 5-30.
Electronic Vaporization Device with Cartridge | JUUL Pod | JUUL Vapor, Posted Jun. 3, 2015, Juulvapor.com, retrieved Nov. 24, 2015, https://www.juulvapor.com/shopjuul.
IJOY. "Who we are." IJOY Diamond PD270 Kit, Date Accessed Feb. 20, 2018. www.ijoycig.com/product/item-473.html.
iWand Rectangular Pen Shape Design Flat Short Mouth Holder 1.0ML Tank Atomizer LED Display 800mAh Rechargeable E—Cigarette Set—Colorful, https://www.gearbest.com/electronic-cigarettes/pp_15466.html, accessed Jan. 25, 2019.
Joye eGo-Tank System XXL 1000mAh Starter Kit, https://www.myvaporstore.com/eGo-Tank-System-XXL-1000mAh-Starter-Kit-p/ego-t-xxlkit.htm.
Modello iWand, https://www.youtube.com/watch?v=_brQOLDqHX0, Youtube, Dec. 28, 2012.
PAX Labs, Inc.; JUUL product information Ó2016; retrieved from https://www.juulvapor.com/shop-juul/; 6 pgs.; retrieved Mar. 9, 2016.
Pierce, D. This Might Just Be the First Great E-Cig. {online] Wired, Published on Apr. 21, 2015. Available at: https://www.wired.com/2015/04/pax-juul-ecig/?mbid=social_twitter.
Rose Plastic. *Rose Plastic: Innovations in Plastic Packaging,* www. rose-plastic.us/2030.0.html?&L=4p?id=2337id=2345iel25% worldwide unique plastic packaging with remarkable diversity, retrieved Mar. 17, 2019.
The Verge. Startup behind the Lambo of vaporizers jt launched an intelligent e-cigarette. [online], published on Apr. 21, 2015. Available at:; https://www.theverge.com/2015/4/21/8458629/pax-labs-e-cigarette-juul.

\* cited by examiner

*Primary Examiner* — Michael A. Pratt

(74) *Attorney, Agent, or Firm* — Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

(57) **CLAIM**

The ornamental design for a vaporizer cartridge, as shown and described.

**DESCRIPTION**

FIG. **1** is a right side, front, and top perspective view of a vaporizer cartridge showing a first embodiment of our design;
FIG. **2** is a bottom, front, and right side perspective view thereof;
FIG. **3** is a front view thereof, the rear view thereof being identical;
FIG. **4** is a left side view thereof, the right side view thereof being identical;
FIG. **5** is bottom view thereof; and
FIG. **6** is a top view thereof.
FIG. **7** is a right side, front, and top perspective view of a vaporizer cartridge showing a second embodiment of our design;
FIG. **8** is a bottom, front, and right side perspective view thereof;
FIG. **9** is a front view thereof, the rear view thereof being identical;
FIG. **10** is a left side view thereof, the right side view thereof being identical;
FIG. **11** is bottom view thereof; and
FIG. **12** is a top view thereof.
FIG. **13** is a right side, front, and top perspective view of a vaporizer cartridge showing a third embodiment of our design;
FIG. **14** is a bottom, front, and right side perspective view thereof;
FIG. **15** is a front view thereof, the rear view thereof being identical;
FIG. **16** is a left side view thereof, the right side view thereof being identical;
FIG. **17** is bottom view thereof; and
FIG. **18** is a top view thereof.
FIG. **19** is a right side, front, and top perspective view of a vaporizer cartridge showing a fourth embodiment of our design;
FIG. **20** is a bottom, front, and right side perspective view thereof;
FIG. **21** is a front view thereof, the rear view thereof being identical;
FIG. **22** is a left side view thereof, the right side view thereof being identical;
FIG. **23** is bottom view thereof; and,
FIG. **24** is a top view thereof.
The dash-dash broken lines illustrate portions of the vaporizer cartridge that form no part of the claimed design.
The dash-dot lines illustrate boundary lines that form no part of the claimed design. The areas within the dash-dot lines form no part of the claimed design.

**1 Claim, 24 Drawing Sheets**

Case: 1:20-cv-04086 Document #: 1-2 Filed: 07/10/20 Page 5 of 28 PageID #:65



FIG.1



FIG.2

Case: 1:20-cv-04086 Document #: 1-2 Filed: 07/10/20 Page 7 of 28 PageID #:67



FIG.3



FIG.4



FIG.5

Case: 1:20-cv-04086 Document #: 1-2 Filed: 07/10/20 Page 10 of 28 PageID #:70



FIG.6



FIG.7



FIG.8



FIG.9



FIG.10



# FIG.11



FIG.12



FIG.13



FIG.14



FIG.15



FIG.16



FIG.17



FIG.18



FIG.19

Case: 1:20-cv-04086 Document #: 1-2 Filed: 07/10/20 Page 24 of 28 PageID #:84



FIG.20



FIG.21



# FIG.22



# FIG.23

Case: 1:20-cv-04086 Document #: 1-2 Filed: 07/10/20 Page 28 of 28 PageID #:88



FIG.24